1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ALAN FREIBAUM,                              1:14-cv-01832-BAM (PC)

12              Plaintiff,
                                                 ORDER DENYING MOTION FOR
13        v.                                     APPOINTMENT OF COUNSEL

14   K. HOLLAND, et al.,                         (ECF No. 11)

15              Defendant.

16

17        On July 31, 2015, Plaintiff Alan Freibaum ("Plaintiff") filed a motion seeking the

18   appointment of counsel.  In support of his motion, Plaintiff argues that (1) he is unable to afford

19   counsel; (2) his imprisonment will limit his ability to litigate; (3) he has pled a cognizable claim;

20   (4) counsel will better prepare his case for trial and try his case, including with regard to possible

21   medical experts and cross-examination of witnesses; and (5) he has limited access to a law library

22   and a limited knowledge of the law.

23        Plaintiff does not have a constitutional right to appointed counsel in this action, Rand v.

24   Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court cannot require an attorney to

25   represent Plaintiff pursuant to 28 U.S.C. § 1915(e)(1).  Mallard v. United States District Court for

26   the Southern District of Iowa, 490 U.S. 296, 298, 109 S.Ct. 1814, 1816 (1989).  However, in

27   certain exceptional circumstances the court may request the voluntary assistance of counsel

28   pursuant to section 1915(e)(1).  Rand, 113 F.3d at 1525.

                                                1

1    Without a reasonable method of securing and compensating counsel, the court will seek

2    volunteer counsel only in the most serious and exceptional cases.  In determining whether

3    "exceptional circumstances exist, the district court must evaluate both the likelihood of success

4    on the merits [and] the ability of the [plaintiff] to articulate his claims *pro se* in light of the

5    complexity of the legal issues involved."  Id. (internal quotation marks and citations omitted).

6    In the present case, the court does not find the required exceptional circumstances.  Even

7    if it is assumed that Plaintiff is not well versed in the law and that he has made serious allegations

8    which, if proved, would entitle him to relief, his case is not exceptional.  This court is faced with

9    similar cases brought by prisoners alleging deliberate indifference to serious medical needs

10   almost daily.  Further, at this early stage in the proceedings, the court cannot make a

11   determination that Plaintiff is likely to succeed on the merits, and based on a review of the record

12   in this case, the court does not find that Plaintiff cannot adequately articulate his claims.  Id.

13   For the foregoing reasons, Plaintiff's motion for the appointment of counsel is HEREBY

14   DENIED without prejudice.

15

IT IS SO ORDERED.

16

17   Dated:    **August 4, 2015**              ___/s/ *Barbara A. McAuliffe*_____
                                              UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28