# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FREIBAUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. HOLLAND, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01832-BAM (PC)<br><br>ORDER TO RECAPTION CASE |

Currently this action proceeds only against Defendants S. Wootton, R.N. (formerly Jane Doe #1), John Doe #1, and John Doe #2. Therefore, the caption should reflect that this action no longer proceeds against Defendants K. Holland, S. Shiesha, or R. Sanders. Accordingly, the caption for this case shall be as follows:

| | |
|---|---|
| ALAN FREIBAUM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. WOOTTON, et al.,<br><br>　　　　　Defendants. | 1:14-cv-01832-BAM (PC) |

IT IS SO ORDERED.

　Dated:　__March 2, 2016__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28