# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FREIBAUM,<br><br>    Plaintiff,<br><br>  v.<br><br>K. HOLLAND, et al.,<br><br>    Defendants. | 1:14-cv-01832-BAM (PC)<br><br>ORDER RECALLING ORDER DIRECTING SERVICE OF DEFENDANT S. WOOTTON BY THE UNITED STATES MARSHALS SERVICE<br><br>(ECF No. 18) |

      Plaintiff Alan Freibaum ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 7.)

      On March 24, 2016, the Court issued an order directing service of Defendant S. Wootton by the United States Marshals Service with the first amended complaint. (ECF No. 18.) No waivers or summons have yet been returned by the United States Marshals Service.

      By separate order, the Court has granted Plaintiff leave to file a second amended complaint. Therefore, the Court will recall its service of the first amended complaint on Defendant Wootton and will screen the second amended complaint once it is filed.

      Accordingly, IT IS HEREBY ORDERED as follows:

      1.    The order directing the United States Marshals Service to serve Defendant S. Wootton with the first amended complaint, issued on March 24, 2016, is RECALLED; and

///

2. The Clerk's Office is directed to serve a copy of this order on the United States Marshals Service.

IT IS SO ORDERED.

Dated: **September 27, 2016**      /s/ Barbara A. McAuliffe
                                   UNITED STATES MAGISTRATE JUDGE