# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAN FREIBAUM, | ) | 1:14-cv-01832-BAM (PC) |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING PLAINTIFF'S |
| | ) | MOTION TO FILE SECOND AMENDED |
| v. | ) | COMPLAINT |
| | ) | |
| K. HOLLAND, et al., | ) | (ECF No. 23) |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## I.      Introduction

Plaintiff Alan Freibaum ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 7.) Service of the summons and complaint by the United States Marshal is pending against the only named Defendant in this action, S. Wootton. (ECF No. 18.)

Currently before the Court is Plaintiff's motion to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a). (ECF No. 23.) Plaintiff states that he has discovered new evidence suggesting another named defendant for this action. Plaintiff explains that he obtained the name "S. Wootton, R.N." from a stamp on a medical form in which he requested to bypass nursing and be referred directly to the doctor's line. (Id. at 4.) However, the triage flow sheet from the examination at issue shows the name of "L. Justice, R.N." as the participant. (Id. at 6.) Plaintiff further contends that other signatures on a medical encounter form

from incident in question could be the signature of either S. Wootton, R.N. or L. Justice, R.N. (Id. at 9, 10.) As a result, Plaintiff seeks leave to amend his complaint to add "L. Justice, R.N.," as an alternative or additional defendant.

**II.    Legal Standards**

Amendment of pleadings is governed by Rule 15 of the Federal Rules of Civil Procedure, provided that leave to amend is requested prior to the expiration of the deadline for amending pleadings as set forth in the scheduling order, if one has been entered. AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 952 (9th Cir. 2006). Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party. Fed. R. Civ. P. 15(a). "Rule 15(a) is very liberal and leave to amend shall be freely given when justice so requires." AmerisourceBergen Corp. v. Dialysist West, Inc., 465 F.3d 946, 951 (9th Cir. 2006) (citation and quotation omitted). However, courts "need not grant leave to amend where the amendment: (1) prejudices the opposing party; (2) is sought in bad faith; (3) produces an undue delay in litigation; or (4) is futile." Id.

**III.    Discussion**

In this case, the Court finds no bad faith by Plaintiff in his motion to amend; he seeks to add alternative allegations due to his uncertainty about the proper defendant(s) in this case. There is no prejudice to the opposing party as this litigation is in the earliest stages and no defendant has yet been served. There will also be no undue delay here. The Court will issue a separate order recalling service of the first amended complaint by the United States Marshal, and will allow Plaintiff a reasonable period to file a second amended complaint.

Accordingly, Plaintiff shall be granted leave to file a second amended complaint, within **thirty (30) days**, for the sole purpose of adding additional allegations against "L. Justice, R.N." Plaintiff should note that although he has been granted leave to amend, he may not change the nature of this suit by adding any other new, unrelated claims in his amended complaint. George v. Smith, 507 F.3d 605, 607 (7th Cir. 2007). Plaintiff is further advised that an amended

complaint supersedes the original complaint. <u>Lacey v. Maricopa Cnty.</u>, 693 F.3d 896, 927 (9th Cir. 2012) (en banc). Therefore, Plaintiff's amended complaint must be "complete in itself without reference to the prior or superseded pleading." Local Rule 220.

**IV.    Conclusion and Order**

For the reasons explained above, the Court HEREBY ORDERS that:

1.    Plaintiff's motion for leave to file a second amended complaint, filed on September 23, 2016(ECF No. 23), is GRANTED;

2.    The Clerk's Office shall send Plaintiff a civil rights complaint form;

3.    Within **thirty (30) days** from the date of service of this order, Plaintiff shall file a second amended complaint as discussed in this order. Plaintiff shall clearly identify the amended complaint as "Second Amended Complaint" and refer to the case number. Plaintiff may not add any new allegations or claims to this action other than those already found to be cognizable by the Court; and,

4.    **<u>If Plaintiff fails to comply with this order, the action will be dismissed for failure to prosecute and to obey a court order</u>**.


IT IS SO ORDERED.


Dated:    <u>**September 27, 2016**</u>          <u>/s/ Barbara A. McAuliffe</u>

                                                    UNITED STATES MAGISTRATE JUDGE