# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAN FREIBAUM,<br><br>        Plaintiff,<br><br>   v.<br><br>K. HOLLAND, et al.,<br><br>        Defendants. | Case No. 1:14-cv-01832-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO PROSECUTE<br><br>(ECF No. 39)<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Alan Freibuam ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 7.)

On September 19, 2017, the Court issued an order granting in part and denying in part Plaintiff's motion to name defendants John Doe #1 and John Doe #2. (ECF No. 39.) Plaintiff was directed to file, within thirty (30) days from the date of service of that order, a third amended complaint identifying Defendant John Doe #1 as L. Briones. The Court expressly warned Plaintiff that the failure to file an amended complaint in compliance with the Court's order would result in this action being dismissed for failure to obey a court order. (Id. at 6.) The deadline for Plaintiff to file an amended complaint has passed, and he has not complied with the Court's order or otherwise communicated with the Court.

///

1

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **twenty (20) days** of service of this order, why this action should not be dismissed for failure to comply with the Court's September 19, 2017 order and failure to prosecute. Plaintiff can comply with this order to show cause by filing a third amended complaint identifying Defendant John Doe #1. **The failure to comply with this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: **October 30, 2017** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE